**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6450**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHN SAMUEL LEIGH, a/k/a J. R., a/k/a J.D.,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:00-cr-00057-GMG-25)

Submitted:  October 22, 2020              Decided:  October 26, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Samuel Leigh, Appellant Pro Se.  Jeffrey Akira Finucane, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Samuel Leigh appeals the district court's order denying his Fed. R. Civ. P. 60(d) motion to alter or amend a prior order denying relief on Leigh's 28 U.S.C. § 2255 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Leigh*, No. 3:00-cr-00057-GMG-25 (N.D.W. Va. Mar. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*